## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAFIK BITTAR, | : | No. 2:23-cv-2071 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| WALLACE L. LEE, an Individual, | : | |
| and STEVENS TRANSPORT, INC., | : | |
| | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

## NOTICE OF REMOVAL

AND NOW, comes the Defendant, Stevens Transport, Inc., by and through its undersigned counsel, John T. Pion, Esquire, Brendan K. Birmingham, Esquire, and the law firm of Pion, Nerone, Girman, Winslow & Smith P.C., and remove the above-captioned lawsuit pursuant to 28 U.S.C. §1441, *et seq*. from the Court of Common Pleas of Washington County, Pennsylvania (No. 2023-5698), to the United States District Court for the Western District of Pennsylvania, and in support thereof aver as follows:

1. On October 5, 2023, Plaintiff, Shafik Bittar, filed his Complaint in Court of Common Pleas of Washington County, Pennsylvania (No. 2023-5698). (A copy of the Complaint and docket in the State Court action are attached hereto as Exhibit "A").

2. The Complaint names as Defendants, Wallace L. Lee, an individual, and Stevens Transport, Inc., and purports to assert claims against them sounding in negligence relative to an automobile accident that occurred on or about October 17, 2021 in Bentleyville, Washington County, Pennsylvania. Ex. A, *Complaint* at ¶ 4.

3. As a result, Plaintiff seeks an award of damages relative to injuries Plaintiff allegedly sustained in the accident. *Id*. at Counts I – III.

4. As a result of the accident, Plaintiff alleges that he suffered "severe and/or permanent injuries, including a severe daily headache, strain of the fascia tendon lumbar in the neck, radiculopathy and significant pain in the thoracic spine region", and that he has endured numerous medical treatments and evaluations, as well as ongoing physical therapy. As a further result, Plaintiff asserts that he continues to incur ongoing medical expenses. As a further result, Plaintiff asserts that he has incurred damages to his commercial motor vehicle. *Id*. at ¶¶ 8 – 11.

5. Per the Complaint, Plaintiff Shafik Bittar is a resident of the State of Florida. *Id*. at ¶ 1.

6. Per the Complaint, Defendant Wallace L. Lee is a resident of the State of Colorado. *Id*. at ¶ 2.

7. Per the Complaint, Defendant Stevens Transport, Inc. is a transport trucking company, having a corporate registered address of P. O. Box 2790109757, Military Parkway, Dallas, TX, 75227. *Id*. at ¶ 3.

8. The above-captioned action, pending in the Court of Common Pleas of Washington County, Pennsylvania, is within the jurisdiction of the United States District Court for the Western District of Pennsylvania.

9. The United States District Court for the Western District of Pennsylvania has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, in as much as the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is in between citizens of different states.

10. This action is removable from the Court of Common Pleas of Washington County, Pennsylvania pursuant to the provisions of 28 U.S.C. § 1441, *et seq*.

11. Pursuant to the Provisions of 28 U.S.C. § 1446 (b)(2)(A), all defendants properly served in this action consent to its removal.

12. Concurrent with the filing of this Notice of Removal, Defendant has filed a Notice of Filing of Notice of Removal with the Prothonotary of the Court of Common Pleas of Washington County, Pennsylvania advising that it has removed this action to the United States District Court for the Western District of Pennsylvania.

13. In filing this Notice of Removal, Defendant does not waive any affirmative defenses it may have or may hereinafter assert in this action.

WHEREFORE, Defendant prays that this Honorable Court remove the above-captioned case from the Court of Common Pleas of Washington County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania.

**JURY TRIAL DEMANDED**

                                              PION, NERONE, GIRMAN, WINSLOW
                                                   &SMITH, P.C.

By:  /s/ Brendan K. Birmingham, Esq.
      John T. Pion, Esq.
      PA ID #43675
      jpion@pionlaw.com
      Brendan K. Birmingham, Esq.
      PA ID #323023
      bbirmingham@pionlaw.com

1500 One Gateway Center
420 Fort Duquesne Boulevard
Pittsburgh, PA  15222
(412) 281-2288

Counsel for Defendant,
Stevens Transport, Inc.

3

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal was filed on December 5, 2023, with the Clerk using the CM/ECF system, which will send notification of such filing to the following:

Matthew J. Scanlon, Esquire
Scanlon & Wojton, LLC
304 Ross Street, 2nd Floor
Pittsburgh, PA  15219
matt@swlegalteam.com

*(Counsel for Plaintiff)*

PION, NERONE, GIRMAN, WINSLOW
  & SMITH, P.C.

By:      /s/ Brendan K. Birmingham

John T. Pion, Esq.
PA ID #43675
jpion@pionlaw.com

Brendan K. Birmingham, Esq.
PA ID #323023
bbirmingham@pionlaw.com

1500 One Gateway Center
420 Fort Duquesne Boulevard
Pittsburgh, PA  15222
(412) 281-2288

Counsel for Defendant
Stevens Transport, Inc.