IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAFIK BITTAR, | CIVIL ACTION |
| Plaintiff, | No: 2:23-cv-2071 |
| vs. | |
| WALLACE L. LEE, an Individual, And STEVENS TRANSPORT, Inc., | |
| Defendants. | |

**ORDER OF COURT**

AND NOW, this 31st day of January 2025, upon consideration of the within Stipulation to Dismiss as to all Defendants, said Defendants are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED and DECREED that this docket shall be marked closed and/or terminated.

BY THE COURT:

J. _/s/ Marilyn J. Horan_